IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK GREENWOOD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| ELGIN, JOLIET AND EASTERN RAILWAY COMPANY, GARY RAILWAY COMPANY AND CANADIAN NATIONAL RAILWAY COMPANY | ) ) ) ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, FRANK GREENWOOD, by and through his attorneys, JAMES L. FARINA and HOEY & FARINA, and for his Complaint against the Defendants, ELGIN, JOLIET AND EASTERN RAILWAY COMPANY, GARY RAILWAY COMPANY AND CANADIAN NATIONAL RAILWAY COMPANY, states as follows:

1. Jurisdiction of this Court is invoked under the provisions of Title 45 U. S. Code sec. 56 and Title 28 U. S. Code sec. 1331.

2. This action arises under, and the rights and liabilities of the parties to this cause are governed by, the Federal Employer's Liability Act, 45 U.S.C. sec. 51 et seq.

3. On and before May 9, 2000, Defendant, ELGIN, JOLIET AND EASTERN RAILWAY COMPANY (EJ&E), was and is a railroad corporation doing business in the States of Illinois and Indiana.

4. From April of 1979 through May of 2000, Plaintiff was employed by the Defendant EJ&E as a conductor.

5. During the period of his employment with Defendant EJ&E, Plaintiff was performing work for the Defendant in connection with or in furtherance of Defendant's business of interstate commerce.

6. While in the course of performing his duties as a conductor Plaintiff was regularly exposed to toxic dust including but no limited to coal dust and silicates.

7. At all times during Plaintiff's employment with Defendant EJ&E it had the duty to exercise reasonable care to provide Plaintiff with a safe place to work.

8. Defendant breached its duty to Plaintiff by one or more of the following negligent acts or omissions:

   a. Negligently and carelessly caused Plaintiff to be exposed to toxic dust including but not limited to coal dust and silicates.

   b. Negligently and carelessly failed to provide Plaintiff with adequate protection against breathing in toxic dust when Defendant knew, or in the exercise of reasonable care should have known, of the existence of such toxic dust in Plaintiff's workplace.

9. As a result of the negligence of Defendant EJ&E Plaintiff developed pulmonary fibrosis and "usual interstitial pneumonitis".

10. Plaintiff first noticed symptoms of his lung disease on or about August 11, 2009.

11. Plaintiff was first treated for his lung disease on or about August 18, 2009.

12. Defendant EJ&E became known as the Gary Railway Company subsequent to Plaintiff's last day of employment within the Defendant EJ&E.

13. On or about January 31, 2009 Defendant EJ&E was acquired by Defendant Canadian National Railway Company.

14. As a consequence of Defendant's negligence Plaintiff, FRANK GREENWOOD, incurred injuries which have caused and will continue to cause him great pain, suffering,

inconvenience, anguish and disability; as a further result, Plaintiff has been and will in the future be kept from attending to his ordinary affairs and duties, and has lost and will lose great gains which he otherwise would have made and acquired; as a further result, Plaintiff has incurred medical, hospital and related expenses and is reasonably certain to incur further medical, hospital and related expenses in the future.

15. Plaintiff demands trial by jury.

WHEREFORE, Plaintiff, FRANK GREENWOOD, demands judgment in his favor and against Defendant, ELGIN, JOLIET AND EASTERN RAILWAY COMPANY, in the sum of $8,000,000.00, plus the costs of this action.

Respectfully submitted,

FRANK GREENWOOD, Plaintiff

By: /s/*James L. Farina*
James L. Farina, Attorney for Plaintiff
Hoey & Farina
542 South Dearborn Street
Suite 200
Chicago, Illinois 60605
(312) 939-1212
(312) 939-7842 – Facsimile
JFarina@hoeyfarina.com